NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERADATA CORPORATION, TERADATA US, INC., TERADATA OPERATIONS, INC.,**
*Plaintiffs-Appellants*

**v.**

**SAP SE, SAP AMERICA, INC., SAP LABS LLC,**
*Defendants-Appellees*

---

2022-1286

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-03670-WHO, Judge William H. Orrick III.

---

PER CURIAM.

## O R D E R

Upon consideration of the court's opinion that the above-captioned appeal be transferred to the U.S. Court of Appeals for the Ninth Circuit,

IT IS ORDERED THAT:

The above-captioned appeal is transferred to the Ninth Circuit pursuant to 28 U.S.C. §1631.

FOR THE COURT

August 1, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court